UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
VAN WYK, CHARL A.
VAN WYK, ORQUIDIA M.

                       Case No.     10-13334 RBR
                                         (Chapter 7)

                               Debtor  /

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

     The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

     The dividend checks were mailed to creditors on August 25, 2012.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

Dated: August 28, 2012                               /s/Sonya L. Salkin, Trustee
                                                          SONYA L. SALKIN, TRUSTEE
                                                          1776 N. PINE ISLAND RD.
                                                          SUITE 218
                                                          PLANTATION, FL  33322
                                                          (954) 423-4469

| Printed: 08/28/12 11:16 AM | | | **Claims Distribution Register** | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| | | | **Case: 10-13334  VAN WYK, CHARL A.** | | | | | |

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 02/11/10 | 200 | SONYA L. SALKIN, TRUSTEE<br>1776 N. PINE ISLAND RD.<br>SUITE 218<br>PLANTATION, FL 33322<br><2100-00   Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 82479.47] | 7,373.97 | 7,373.97 | 7,373.97 | 0.00 | 0.00 |
| | 02/11/10 | 200 | SONYA L. SALKIN, TRUSTEE<br>1776 N. PINE ISLAND RD.<br>SUITE 218<br>PLANTATION, FL 33322<br><2200-00   Trustee Expenses> | 406.16 | 406.16 | 406.16 | 0.00 | 0.00 |
| | 02/11/10 | 200 | KAPILA & CO.<br>1000 S. FEDERAL HWY<br>SUITE 200<br>FORT LAUDERDALE, FL 33316<br><3410-00   Accountant for Trustee Fees (Other Firm)> | 3,552.00 | 3,552.00 | 3,552.00 | 0.00 | 0.00 |
| | 02/11/10 | 200 | KAPILA & CO.<br>1000 S. FEDERAL HWY<br>SUITE 200<br>FORT LAUDERDALE, FL 33316<br><3420-00   Accountant for Trustee Expenses (Other Firm)> | 66.98 | 66.98 | 66.98 | 0.00 | 0.00 |
| | 02/11/10 | 200 | SALKIN, MOFFA & BONACQUISTI<br>1776 N. PINE ISLAND RD., STE. 222<br>PLANTATION, FL 33322<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 562.50 | 562.50 | 562.50 | 0.00 | 0.00 |
| | 02/11/10 | 200 | SALKIN, MOFFA & BONACQUISTI<br>1776 N. PINE ISLAND RD., STE. 222<br>PLANTATION, FL 33322<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)> | 88.78 | 88.78 | 88.78 | 0.00 | 0.00 |
| | | | **Total for Priority 200:    100% Paid** | **$12,050.39** | **$12,050.39** | **$12,050.39** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$12,050.39** | **$12,050.39** | **$12,050.39** | **$0.00** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 4 | 04/10/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 6,606.54 | 6,606.54 | 6,606.54 | 0.00 | 0.00 |
| 5 | 04/12/10 | 610 | Athar Sanders<br>3340 NW 9 St<br>Lauderhill, FL 33311<br><7100-00   General Unsecured § 726(a)(2)> | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |

Printed: 08/28/12 11:16 AM     **Claims Distribution Register**     Page: 2

**Case: 10-13334    VAN WYK, CHARL A.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 04/13/10 | 610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 15,476.89 | 15,476.89 | 15,476.89 | 0.00 | 0.00 |
| 7 | 04/13/10 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 2,317.20 | 2,317.20 | 2,317.20 | 0.00 | 0.00 |
| 8 | 05/18/10 | 610 | PYOD LLC, as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 6,579.79 | 6,579.79 | 6,579.79 | 0.00 | 0.00 |
| 9 | 05/18/10 | 610 | PYOD LLC, as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 24,506.55 | 24,506.55 | 24,506.55 | 0.00 | 0.00 |
| 10 | 06/09/10 | 610 | Citibank NA<br>701 East 60th Street North<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)> | 8,257.62 | 8,257.62 | 8,257.62 | 0.00 | 0.00 |
| | | | **Total for Priority 610:    100% Paid** | **$64,744.59** | **$64,744.59** | **$64,744.59** | **$0.00** | **$0.00** |
| 4I | 04/10/10 | 640 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 56.56 | 56.56 | 56.56 | 0.00 | 0.00 |
| 5I | 04/12/10 | 640 | Athar Sanders<br>3340 NW 9 St<br>Lauderhill, FL 33311<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 8.56 | 8.56 | 8.56 | 0.00 | 0.00 |
| 6I | 04/13/10 | 640 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 132.51 | 132.51 | 132.51 | 0.00 | 0.00 |
| 7I | 04/13/10 | 640 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 19.84 | 19.84 | 19.84 | 0.00 | 0.00 |

Printed: 08/28/12 11:16 AM                   **Claims Distribution Register**                   Page: 3

Case:  10-13334    VAN WYK, CHARL A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 8I | 05/18/10 | 640 | PYOD LLC, as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 56.34 | 56.34 | 56.34 | 0.00 | 0.00 |
| 9I | 05/18/10 | 640 | PYOD LLC, as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 209.82 | 209.82 | 209.82 | 0.00 | 0.00 |
| 10I | 06/09/10 | 640 | Citibank NA<br>701 East 60th Street North<br>Sioux Falls, SD 57117<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 70.70 | 70.70 | 70.70 | 0.00 | 0.00 |
| | | | **Total for Priority 640:    100% Paid** | **$554.33** | **$554.33** | **$554.33** | **$0.00** | **$0.00** |
| SURPLUS | 02/11/10 | 650 | Charl A. and Orquidia M. Van Wyk<br>c/o Christian J. Olson, Esq.<br>4901 NW 17 Way, #503<br>Fort Lauderdale, FL 33309<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 13,437.47 | 13,437.47 | 13,437.47 | 0.00 | 0.00 |
| | | | **Priority 650:    100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$78,736.39** | **$78,736.39** | **$78,736.39** | **$0.00** | **$0.00** |
| | | | **Total for Case :** | **$90,786.78** | **$90,786.78** | **$90,786.78** | **$0.00** | **$0.00** |