ORDERED in the Southern District of Florida on 07/15/15



Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Charl A. Van Wyk
Orquidia M. Van Wyk

_____ Debtor _____/

Case No.10-13334-RBR
Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Athar Sanders on behalf of Athar Sanders and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to_Athar Sanders_ and, if applicable, the "funds locator" or attorney submitting the application, _N/A_, the sum of $_1,008.56_ now held as unclaimed funds in the treasury for the original claimant                    .

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds

LF-29 (rev. 12/01/09)                    Page 1 of 2

locator" or attorney.

### ###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)